CORNELIUS MACARDLE et al., as Administrators of CORNELIUS MACARDLE, Deceased, Suing on Behalf of Themselves and Other Stockholders of THE HOUSTON AND TEXAS CENTRAL RAILWAY COMPANY, Appellants, *v.* FREDERIC P. OLCOTT, Respondent.

*MacArdle* v. *Olcott,* 114 App. Div. 906, appeal dismissed.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered October 29, 1906, which granted a motion to amend a previous order of affirmance of that court so as to show that said order was unanimous.

The motion was made on the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Arthur H. Van Brunt* for motion.

*H. Snowden Marshall* opposed.

Motion granted and appeal dismissed, with ten dollars costs.